UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MARK LAVERY

                Plaintiff,

      -against-

KALSHI INC.,

                Defendant.

               .

Case No. 25 Civ. 14184

Hon. Matthew F. Kennelly

RICHARD HEASLIP, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am General Counsel and Chief Regulatory Officer at Kalshi Inc. and KalshiEX LLC ("KalshiEX"). In that role, I oversee legal matters at Kalshi Inc., KalshiEX, and other affiliated entities.

2. The facts set forth herein are within my personal knowledge or based on my review of records, and if called as a witness, I could and would competently testify to them.

3. I make this declaration in support of Defendant Kalshi Inc.'s motion to dismiss the Complaint in this action.

4. Kalshi Inc. is a holding company that is incorporated in Delaware. It is headquartered in New York.

5. Kalshi Inc. is the parent company of KalshiEX.

6. KalshiEX was formed under the laws of Delaware and has its principal place of business in New York.

7. KalshiEX is a financial services company that operates a derivatives exchange and prediction market where users can buy and sell financial products known as "event contracts." Its exchange is federally regulated as a designated contract market ("DCM") by the

1

Commodity Futures Trading Commission ("CFTC") pursuant to the Commodity Exchange Act of 1936, 7 U.S.C. § 1, *et seq.* ("CEA").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2026
Philadelphia, PA

/s/ *Richard Heaslip*
Richard Heaslip