**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mark Lavery
Plaintiff,
v.
Kalshi Inc.
Defendant.

Case No.: 1:25−cv−14184
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to stay [42] is denied, as there is a reasonable probability that this matter may be resolved on issues unrelated to the preemption issue referenced in the motion. Plaintiff's alternative request for an extension of time is granted. Plaintiff's response to the motion to dismiss is to be filed by 10/5/2026; defendants' reply is to be filed by 10/19/2026. The telephonic status hearing set for 10/15/2026 is vacated and reset to 10/29/2026 at 8:55 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.